FILED

FILED
CLERK, U.S. DISTRICT COURT
NOV 18 2026
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Chase Secretan,<br>Defendant. | Case No.: 2:22-CR-271-GW<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

(X) information in the Pretrial Services Report and Recommendation

(X) information in the violation petition and report(s)

( ) the defendant's nonobjection to detention at this time

( ) other: ______________________________

and/ or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

(X) information in the Pretrial Services Report and Recommendation

(X) information in the violation petition and report(s)

( ) the defendant's nonobjection to detention at this time

( ) other: ______________________________

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: November 18, 2026

SHERI PYM
United States Magistrate Judge